Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
CLERK, U.S. DISTRICT COURT
12/15/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

BENSON, ADA MARIA.
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

GE4. S. Golden Eagle 4 Security
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:20-cv-02592-JWH(SPx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

N/S
NO CV30

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BENSON, ADA MARIA.
Street Address: 324 S. State St. #3054
City and County: Hemet, Riverside County
State and Zip Code: California
Telephone Number: (951) 480-9972
E-mail Address: BENSONADAMARIA@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: GE4-S. Golden Eagle 4 Security
- Job or Title (if known): Executive Director
- Street Address: 11440 West Bernardo Ct
- City and County: San Diego, San Diego
- State and Zip Code: California 92127
- Telephone Number: 855-400-4347
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

IV Amendment, 14th Amendment section 1, 18 U.S.C. § 2119.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* BENSON, ADA MARIA, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* GE4S. Golden Eagle 4 Security, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* N/A

and has its principal place of business in *(name)* San Diego, California.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

US. Code 18 U.S.C § 2119 Carjacking statue establishes the cost of damages. While U.S code § 30509 allows provisions. A, B, C emotional damages and losses. 18 U.S.C § 2724 Plaintiff entitled to punitive damages. Knowingly & Intentional damages. Martin V. Texaco, Inc 602 F. Supp 60 (ND FLA 1985)

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 04-13-2020 (April thirteen 2020), at 10:18:44 am Ms. Benson, was driving to park at Planet Fitness gym when a female Security Guard (African-American) blocked Ms. Benson's way with her vehicle plate 7ZZR611 Volswagen. (armed guard) Video available. Ms. Benson requested the guard to stop blocking, the guard backed up. At exit the gym, guard had called Hemet Police and had Ms. Benson's Vehicle forfeited. Carjacked. Ms. Benson was not notified of her vehicle towed away. With vertigo Ms. Benson walked from gym to seek for her vehicle.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

US. Code 18 U.S.C § 2119., U.S. Code § 30509 a, b, c 18 U.S.C. § 2724. Martin Vs. Texaco Inc. 726 F. 2d (5th Cir 1984) - Jocmar Pacific Pizza Corp Vs. Huston. 502 So 2d 91 (Fla Dist. Ct. App 1987) defendant's conduct was intentional, wanton disregard for plaintiff. Reckless, malicious & intentional violent conduct.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-11-2020

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: BENSON, Ada Maria

### B. For Attorneys

Date of signing: 

Signature of Attorney: Per Se
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: (951) 480-9972
E-mail Address: BENSONADAMARIA@GMAIL.COM

From: Benson, Ada Maria
324 South State St #3054
Hemet, CA 92546

To: United States
    Clerk Office
    3470 12th Stre[et]
    Riverside, C[A]
    92501

PRIORITY MAIL 1-DAY®

From: Benson, Ada Maria    13.20 oz
EXPECTED DELIVERY DAY: 12/15/20
324 South State St
#3054. Hemet, CA.      0006
92546

SHIP TO: United States District Court   C002
3470 12TH ST
Riverside CA 92501-3801

USPS TRACKING® NUMBER



9505 5066 9986 0349 3803 35

U.S. POSTAGE
$7.50
PM 1-DAY
92543 0006
Date of sale
12/14/20
06   2S
11487865   SSK

RECEIVED
CLERK, U.S. DIS[TRICT]
DEC 1[5]
CENTRAL DISTRIC[T]
EASTERN DIVISION

Ada Maria
State St #3054
A 92546

To: United States District Court
"Clerk Office"
3470 12th Street,
Riverside, CA
92501

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 15 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

POSTAGE
$7.50
1-DAY
43 0006
of sale
14/20
2S SSK
87865

AY®
13.20 oz
0006

C002

ER